M.D. Appeal Dkt.
36   2018

# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 125 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KIRK JACOB HAYS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioner, is:

        Should *Birchfield v. North Dakota* apply to all cases not yet final when the decision was rendered?